**West Side Union Chapel Sandgate, Vermont**
**v.**
**First National Bank of North Bennington, and**
**John H. Williams, II, Administrator,**
**Estate of Mary E. Dean Hill**

[211 A. 2d 173]

April Term, 1965

Present:  Holden, C. J., Shangraw, Barney, Smith and Keyser, J. J.

Opinion Filed June 1, 1965

*William C. Sennett* for plaintiff.

*Williams & Witten* for the estate.

*Eugene V. Clark* for the bank.

**Shangraw, J.** The issues in this cause are identical with those in *Methodist Church of Sandgate, Vermont v. First National Bank of North Bennington, and John H. Williams, II. Administrator of the Estate of Mary E. Dean Hill,* 125 Vt. 211 A. 2d 168. For the reasons given in that opinion the same entry must be made here.

*Judgment reversed.  Defendants to recover their costs.*